Rennie L. **KENNEDY**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 53657.**

Missouri Court of Appeals, Western District.

July 29, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

***ORDER***

PER CURIAM.

Appellant was charged and pled guilty to one count of second degree burglary, one count of second degree assault, and three counts of fraudulent use of a credit device. A sentence of twenty-five years imprisonment was imposed. Appellant now claims ineffective assistance of counsel, Rule 24.035, because her sentence was not similar to that of her co-defendant. Affirmed. Rule 84.16(b).

Bradley **HORTON**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 53191.**

Missouri Court of Appeals, Western District.

July 29, 1997.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

***ORDER***

PER CURIAM:

Bradley Horton appeals from the denial of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).